```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0101--CV (JKS)
            "SCOTTSDALE INS CO V SONGPOL AMORNRIT ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/12/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance
                   DECLARATORY RELIEF FOR INSUANCE DISPUTE
           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $250.00 on 05/12/05 receipt # 00125690
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | SCOTTSDALE INSURANCE CO | Mark A. Sandberg<br>Sandberg Wuestenfeld et al<br>701 W. 8th Avenue, Suite 1100<br>Anchorage, AK 99501<br>907-276-6363<br>FAX 907-276-3528 |
| DEF 1.1 [T] | AMORNRIT, SONGPOL | No counsel found for this party! |
| DEF 2.1 | ASSAVAPISALBOOL, USANEE | No counsel found for this party! |
| DEF 3.1 | SKIPPER, LOUISA | William G. Azar<br>William G. Azar PC<br>800 E. Dimond Boulevard<br>Suite 3-440<br>Anchorage, AK 99515-2028<br>907-344-3434 |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0101--CV (JKS)
                         "SCOTTSDALE INS CO V SONGPOL AMORNRIT ET AL"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/12/05
             Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance
                    DECLARATORY RELIEF FOR INSUANCE DISPUTE
             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $250.00 on 05/12/05 receipt # 00125690
           Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 05/12/05 | Complaint w/att exhs filed; Summons issued. |
| 2 - | 1 | 07/14/05 | JKS Minute Order re pltf to file proof of service. cc: cnsl |
| 3 - | 1 | 07/26/05 | PLF 1 Return of Service Executed re: DEF 2 on 5/19/05. |
| 3 - | 2 | 07/26/05 | PLF 1 Return of Service Unexecuted re: DEF 1. |
| 4 - | 1 | 08/01/05 | PLF 1 motion (application) for entry of default as to Usanee Assavapisalbool w/att aff. |
| 5 - | 1 | 08/03/05 | JKS Order of entry of default against DEF 2. cc: cnsl |
| 6 - | 1 | 08/10/05 | JKS Minute Order (warning) re plf to file proof of service re DEF 1. cc: cnsl |
| 7 - | 1 | 08/17/05 | PLF 1 Complaint (First Amended) w/att exhs; Summons issued re DEF 3. |
| 8 - | 1 | 09/23/05 | JKS Minute Order re plf to file proofs of service re amended complaint due 10/3/05. cc: cnsl |
| 9 - | 1 | 10/18/05 | JKS Minute Order (warning) re amended complaint plf to file proof of service re D2,3 due 11/1. cc: cnsl |
| 10 - | 1 | 10/24/05 | JKS Amended Minute Order re amended complaint plf to rquire ans answer re D2 due w/in 20 days; (warning) re plf to file proof of service re D3 due 11/1. cc: cnsl |
| 11 - | 1 | 10/31/05 | DEF 3 Attorney Appearance of W. Azar. |
| 12 - | 1 | 10/31/05 | DEF 3 Jury Demand. |
| 13 - | 1 | 11/03/05 | DEF 3 Answer to first amended complaint and Counterclaim w/att exh. |
| 14 - | 1 | 11/04/05 | DEF 3 motion for partial summary judgment to strike plf's claim that a 2000 Honda CRV was not being operated w/att exh. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A05-0101--CV (JKS)
                             "SCOTTSDALE INS CO V SONGPOL AMORNRIT ET AL"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/18/05 | PLF 1 Answer to DEF 3 Counterclaim. |
| 16 - 1 | 11/21/05 | PLF 1 opposition to DEF 3 motion for partial summary judgment to strike plf's claim that a 2000 Honda CRV was not being operated (14-1) w/att exhs. |