**FILED**

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>USANEE ASSAVAPISALBOOL and LOUISA SKIPPER,<br><br>             Defendants. | Case No. A05-0101 CV (JKS)<br><br><u>O R D E R</u> |

      Scottsdale Insurance Company seeks a declaratory judgment that it is not obligated to defend and indemnify Usanee Assavapisalbool against a claim for intentional tort by Louisa Skipper. Docket No. 7 (First Amended Complaint). Skipper moves for partial summary judgment seeking to establish that the taxicab Assavapisalbool was driving, and in which Skipper was a passenger, was a vehicle covered by the Scottsdale policy in question. Docket No. 14. In lieu of opposition, Scottsdale has asked for additional time, under Fed. R. Civ. P. 56(f), to confirm the identity of the taxicab. Docket No. 16. Skipper opposes any extension, arguing that Scottsdale has had time to determine the identity of the subject vehicle and, in any event, a judicial admission in related litigation binds Assavapisalbool regarding the vehicle she was driving. *But see, Cikan v. Arco Alaska, Inc.*, --P3d--, No. 5967, 2005 WL 3444635, at * 6 (Alaska December 16, 2005) (discussing effect of judicial admissions in one case upon summary judgment practice in another, related case). Skipper opposes an extension of time. Docket No. 17.

      Given the state of this record as disclosed by the parties, the Court is satisfied that Scottsdale has provided sufficient justification for a brief extension to determine the identity of the subject

1

vehicle. The Court agrees with Skipper that the extension should not be indefinite. The Court will therefore deny the motion at Docket No. 14 without prejudice to its renewal on or after Monday, March 6, 2006. Should the Motion be renewed and supported by evidence that the vehicle was covered by the policy, Scottsdale will have to come forward with conflicting evidence, or suffer partial summary judgment on this issue.

**IT IS THEREFORE ORDERED:**

The Motion for Partial Summary Judgment at **Docket No. 14** is **DENIED** without prejudice to its renewal on or after Monday, March 6, 2006.

Dated at Anchorage, Alaska, this 20 day of December 2005.

JAMES K. SINGLETON, JR.
United States District Judge

A05-0101--CV (JKS)   om 12-21-05
AZAR
M. SANDBERG (SANDBERG)

ORDER

F:\HOME\JUDGES\DOCS\SHARED\Forms\JKS Plead.frm       2