Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:   907-276-3528
Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>USANEE ASSAVAPISALBOOL AND  )<br>LOUISA SKIPPER,  )<br>)<br>Defendants.  )<br>) <br>) | <br><br><br><br><br><br><br><br><br><br>Case No. A05-101 Civil (JKS) |

SCOTTSDALE'S RESPONSE TO 12/21/05 MINUTE ORDER FROM CHAMBERS

On December 21, 2005 the Court entered a Minute Order stating that plaintiff's

case against defendant Usannee Assavapisalbool will be dismissed for lack of

prosecution on January 11, 2006.  See Exhibit A Minute Order dated 12/21/05. Because

SCOTTSDALE'S RESPONSE TO MINUTE ORDER FROM CHAMBERS
*Scottsdale Ins. Co. v. Assavapisalbool, et al.*, Case No. A05-101 CI (JKS)
1

defendant Usannee Assavapisalbool has already been defaulted, an Order dismissing the claim against her for lack of prosecution is not appropriate.

Plaintiff's original Complaint stated claims against, among others, defendant Usannee Assavapisalbool and Louisa Skipper. Ms. Assavapisalbool was served, failed to answer or appear. On August 2, 2005 this Court entered default in this action against Ms. Assavapisalbool. See Exhibit B Entry of Default dated 8/2/05. Thereafter, plaintiff filed an Amended Complaint which, among other things noted that Ms. Assavapisalbool had previously been defaulted. The Amended Complaint stated claims against, among others, defendant Louisa Skipper.

On July 14, 2005, the Court entered a Minute Order noting that an answer had not been filed by one or more defendants served in the case, to wit, Ms. Assavapisalbool. On December 21, the Court entered an Order stating that the claims against Ms. Assavapisalbool would be dismissed for lack of prosecution. Inherent in the dismissal for failure to take action is that " an answer has not been filed by nor default taken as to the defendant named …" In this instance, default has been entered against the defendant named and dismissal for lack of prosecution is not merited.

Accordingly, plaintiff Scottsdale respectfully submits that because defendant Usannee Assavapisalbool has already been defaulted, no further action need be taken by the Court.

DATED this 11th day of January, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 11th
day of January 2006 a copy of
foregoing Scottsdale's Response
to 12/21/05 Minute Order from
Chambers was served electronically
and by regular U.S. Mail on:

William G. Azar, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515

s/ Mark A. Sandberg