```
                                              FILED
                                              DEC 21 2005
        UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF ALASKA       UNITED STATES DISTRICT COURT
                                               DISTRICT OF ALASKA
                                           By_____ Deputy
```

SCOTTSDALE INSURANCE CO.   v.   USANEE ASSAVAPISALBOOL, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                              CASE NO. A05-0101 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 21, 2005

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|---|---|---|---|
| [XX] | [ ] | [ ] | [ ] |

\_\_   Failure to Serve. Proof of service as to one or more defendants is lacking. File proofs of service on those defendants already served. Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure.

\_\_   Case Not at Issue. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order.

\_\_   Dismissal for Failure to Serve (Warning!). Proof of service is lacking as to defendant(s) named below. Any defendant as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed. Rule 4(m), Federal Rules of Civil Procedure. Defendant(s):

XX   Dismissal for Failure to Take Action (Warning!). An answer has not been filed by nor default taken as to defendant(s) named below, and plaintiff has ignored a prior minute order on this subject. Defendant(s) as to whom the case is not at issue by **January 11, 2006**, will be dismissed for lack of prosecution. Defendant(s): **USANEE ASSAVAPISALBOOL**

\_\_   Case Dismissed. For failure to make service or failure to take a default or require an answer as to this case is dismissed without prejudice as to defendant(s):

A05-0101--CV (JKS)   DM 12-21-05

W. AZAR

Exhibit A
Page 1 of 1

RECEIVED
SANDBERG,
WUESTENFELD & COREY
DEC 22 2005
ATTY._____ L. ASST ___
APPROVED FILE _____

LODGED
AUG 0 3 2005

Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528
Attorneys for Scottsdale Insurance Company

FILED
AUG 0 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
SANDBERG,
WUESTENFELD & COREY
AUG 0 4 2005
ATTY _____ ASST KB
APPROVED FILE

SCOTTSDALE INSURANCE COMPANY, )
                              )
            Plaintiff,        )
                              )
     v.                       )
                              )
SONGPOL AMORNRIT, and USANEE  )
ASSAVAPISALBOOL,              )
                              )
            Defendants.       )
                              )  Case No. A05-101 Civil (JKS)
_____)

ENTRY OF DEFAULT

Plaintiff has requested that default be entered against defendant, Usanee Assavapisalbool, and said defendant has failed to plead in or otherwise defend this action.

DATED this _2_ day of _August_, 2005.

_____
JAMES K. SINGLETON, JR.
JUDGE OF THE U.S. DISTRICT COURT

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

A05-0101--CV (JKS)
----------------
/s/ H. SANDBERG (SANDBERG)
8/3/05

Exhibit _B_
Page _1_ of _1_