Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:   (907) 344-3434
Fax:   (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>USANEE ASSAVAPISALBOOL and )<br>LOUISA SKIPPER, )<br>)<br>Defendants )<br>_____ ) | Case No. A05-101 Civil (JKS) |

## QUALIFIED UNOPPOSED MOTION FOR A TEN DAY EXTENSION OF TIME TO FILE SCHEDULING & PLANNING CONFERENCE REPORT

COMES NOW the Defendant Louisa Skipper, by and through her attorneys, and files this Qualified Unopposed Motion for a Ten Day Extension of Time. Defendant's counsel has made several attempts to speak with Mr. Sandberg, but due to his schedule he has/ been unable to meet regarding the proposed plan. A letter was sent to Mr. Sandberg on February 7, 2006, given the inability to meet, asking whether he would oppose a ten day request for extension of time. There was no response. Defendant followed up with Mr. Sandberg's Legal Assistant, today, February 8,

Defendant's Qualified Unopposed Motion for a Ten Day Extension of Time
*Scottsdale Insurance vs. Assavapisalbool, et al.*, Case No. A05-101 Civil (JKS)
Page 1 of 2

2006 and she stated she was not able to contact Mr. Sandberg, but she stated that they would not oppose the ten day extension. Defendant's counsel presumes that Mr. Sandberg's Legal Assistant has authority to agree to this ministerial request for a ten day extension. A proposed order is lodged and has been electronically mailed in Word format to the court.

DATED this 8th day of February 2006.

LAW OFFICE OF WILLIAM G. AZAR, PC
Attorneys for Defendant Louisa Skipper


By: /s/ Frank J. Schlehofer
Frank J. Schlehofer
William G. Azar, P.C.
800 E. Dimond, Suite 3-440
Anchorage, Alaska  99515
Phone:  907-344-3434
Fax:  907-349-1687
Email:  fjschlehofer@yahoo.com
Alaska Bar No. 9011111


**CERTIFICATE OF SERVICE**
I hereby certify that on this 8th day of February 2006, a true and correct copy of the foregoing was served electronically upon:

Mark A. Sandberg, Esq.
msandberg@aol.com


  /s/ Traci L. Mosholder
Traci L. Mosholder


Defendant's Qualified Unopposed Motion for a Ten Day Extension of Time
*Scottsdale Insurance vs. Assavapisalbool, et al.*, Case No. A05-101 Civil (JKS)
Page 2 of 2