Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:   (907) 344-3434
Fax:   (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| USANEE ASSAVAPISALBOOL and | ) |
| LOUISA SKIPPER, | ) |
| | ) |
| Defendants | ) |
| | ) Case No. A05-101 Civil (JKS) |

## **PROPOSED ORDER**

THIS COURT having considered defendant Louisa Skipper's Qualified

Unopposed Motion for a Ten Day Extension of Time and Plaintiff's response, if any,

IT IS HEREBY ORDERED that defendant's Motion is GRANTED.  The parties will file a

scheduling and planning conference report within ten days of entry of this order,

DATED this _____ day of _____, 2006.


_____
Timothy Burgess, US District Court Judge


ORDER
*Scottsdale Insurance vs. Assavapisalbool, et al.*, Case No. A05-101 Civil (JKS)
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2006, a true and correct copy of the foregoing was served electronically upon:

Mark A. Sandberg, Esq.
msandberg@aol.com


/s/ Traci L. Mosholder
Traci L. Mosholder