Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:    (907) 344-3434
Fax:    (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> USANEE ASSAVAPISALBOOL and  ) <br> LOUISA SKIPPER,  ) <br> ) <br> Defendants  ) <br> ) | Case No. A05-101 Civil (JKS) <br><br><br> SCHEDULING AND PLANNING <br> CONFERENCE REPORT |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on February 9, 2006 and was attended by:

    Mark Sandberg    attorney for plaintiff Scottsdale Insurance Company

    Frank J. Schlehofer    attorney for defendant Louisa Skipper

    The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    ___ have been exchanged by the parties

    __X__ will be exchanged by the parties by March 1, 2006.

Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

    ____ have been exchanged by the parties

    __X__ will be exchanged by the parties by March 1, 2006.

3. **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:  Insurance coverage, damages, and claims handling issues.

4. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

Insurance coverage, damages, and claims handling issues.

    B. All discovery commenced in time to be completed by December 2006.   ("discovery close date").

    C.  Limitations on Discovery.

        1. Interrogatories

            __X__ No change from F.R.Civ.P. 33(a)

        2. Requests for Admissions.

            ____

        X    No change from F.R.Civ.P. 36(a).

3.    Depositions.

        X    No change from F.R.Civ.P. 36(a), (d).

D.    Reports from retained experts.

    X  Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

Reports due:

From plaintiff (*insert date*)        From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

        Periodically at 60-day intervals from the entry of scheduling and planning order.

        X    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        X    45 days prior to the close of discovery.

        Not later than (*insert date*)

5.    **Pretrial Motions**.

    X  One Exception: No change from D.Ak. LR 16.1(c), except Venue motions – 60 days from the date the pretrial scheduling order is entered.

    ___ The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ___ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    ___ Motions under the discovery rules must be filed not later than (*insert date*).

    ___ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

    A.  X  The parties do not request a conference with the court before the entry of the scheduling order.

        ___ The parties request a scheduling conference with the court on the following issue(s):

        (*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        X  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ___ The parties will file a request for alternative dispute

       resolution not later than (*insert date*).

  C.  <u>XX</u>  not consent to trial before a magistrate judge.

  D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1 Defendant (Sandberg) will comply within 30 days from entry of this order.

7. **Trial**.

  A.  The matter will be ready for trial. The parties prefer a trail date in March 2007.

       45 days after the discovery close date.

       not later than (*insert date*).

  B.  This matter is expected to take <u>5</u> days to try

Dated:

       By:<u>/s/ Frank J. Schlehofer</u>
       Frank J. Schlehofer
       William G. Azar, P.C.
       800 E. Dimond, Suite 3-440
       Anchorage, Alaska 99515
       Phone: 907-344-3434
       Fax: 907-349-1687
       Email: fjschlehofer@yahoo.com
       Alaska Bar No. 9011111

|  |  |
|---|---|
| Dated: | By:/s/Mark Sandberg |
|  | Mark Sandberg |
|  | Sandberg, Wuestenfeld & Cory |
|  | 701 W. 8th Avenue, Suite 1100 |
|  | Anchorage, Alaska  99501 |
|  | Phone:  907-276-6363 |
|  | Fax:  907-276-3528 |
|  | Email:  msandberg@aol.com |
|  | Alaska Bar No.  7510084 |