Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>USANEE ASSAVAPISALBOOL AND )<br>LOUISA SKIPPER, )<br>)<br>Defendants. )<br>) | Case No. 3:05-cv-101-TMB |

**WITHDRAWAL OF ALLEGATION REGARDING NON-SCHEDULED AUTO**

Scottsdale Insurance Company withdraws the allegation found in paragraph 9 C that Usannee Assavapisalbool operated a non-scheduled auto (a car other than the 2000 Honda CRV) prior to the incident that gives rise to this lawsuit.

WITHDRAWAL OF ALLEGATION
Page 1
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB

DATED this 3rd day of April, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd
day of April 2006 a copy of the
foregoing Rule 7.1 Statement
was served electronically and
by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515


s/Mark A. Sandberg

WITHDRAWAL OF ALLEGATION
Page 2
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB