**WILLIAM G. AZAR**
PROFESSIONAL CORPORATION

800 E. DIMOND BLVD. SUITE 3-440
ANCHORAGE, AK. 99515-2028

Tel No. (907) 344-3434   Fax No. (907) 349-1687
Toll Free 1-800-478-3004



*Attorneys at Law*

March 15, 2006

Blake H. Call
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, AK 99501-2112

Re:   *Scottsdale v. Skipper, et al*

Dear Blake:

Under Federal Civil Rule 37, we are requesting that your client Usanee Assavapisalbool provide us the name, address and telephone number of the person who typed up her answer to the complaint. Please respond within five days.

Cordially,

WILLIAM G. AZAR, P.C.

Frank J. Schlehofer

FJS/tlm

Exhibit 1
Page 1 of 1