FILED IN THE TRIAL COURTS
State of Alaska at BARROW

MAR 3 1 2005

_____/Clerk

Case No. 2BA-05-23 CI
Plaintiff: Louisa Skipper
Defendants: Usanee Assavapisalbool and Songpol Amornrit

March 28, 2005

In response to the allegations, I would like to let the court know that I am a poor taxicab driver, living on daily cab fare day by day bassi, based on the calling demands, and I can not afford hiring a lawyer to work on my behalf in this case.

The only thing I can possibly do is to defend myself by addressing the truth, nothing but the truth in this letter.

My name is Usanee Assavapisalbool, an owner operator taxicab driver under Arcticab Company. During year 2003, I was not an employee or an agent of Mr. Amornrit. Mr. Amornrit had nothing to do with my job as I leased the car from him under an owner-operator deal with Arcticab Co. which means I was solely responsible for my operation, the Arcticab Company only made monthly dispatch radio fee from me and Mr. Amornrit made a lease payment from me as well. In this case, both Mr. Amornrit and the Arcticab Co. had nothing whatsoever to do with my actions.

On April 29, 2003, I received a call from an Arcticab dispatcher to pick up Mrs. Louisa Skipper at house # 265 and dropped her off at Alaska Air Cargo so that Mrs. Skipper could pick up her fishing rods. Soon after Mrs. Skipper received her fishing rods, she asked me to drop her off at the Wellsfargo Bank. I was waiting at the Bank's parking lot while she withdrew some cash from the bank. When Mrs. Skipper returned to my cab, she sat in the front and placed her fishing rods above the consol, between the driver and the passenger. She asked me to send her back to house # 265.

Exhibit 3
Page 1 of 9


EXHIBIT 2  3/1/06
Assavapisalbool

On the way home, she asked me how much the fare was, and I told her " 7 dollars for a round-trip, one dollar for each stop, she had to pay two dollars for two stops", but she turned around paying me 5 dollars.

I tried to explain slowly one more time and she paid me one more dollar, she was upset and tried to argue with me in the cab as though I was trying to rip her off. Mrs. Skipper demanded she paid less because she was a senior citizen and I asked how old she was. She said she was 62 years old but I told her a senior citizen passenger for taxicab business begins at age 65 which you can call the City Hall anytime you prefer. She said she had been paying a Senior citizen fare ($3.00 per a trip) for several years.

I was holding the money she paid in my right hand while I held the steering with my left hand. I drove slowly because I needed more time to explain her about the cab fare. When we were about 20 feet from her house, all of a sudden, Mrs. Skipper grabbed the money from my hand and tried to open the door. Soon after I heard the click, I knew right away she was trying to open up the door. I stopped the car immediately and tried to grab the money back. Mrs. Skipper moved away from me and what I had left in my hand was the edge of her Parka. While I was holding the edge of her Parka, her left hand was hold the fishing rods. I released her Parka and held on to the fishing rods instead so that I could get me fare. Finally, she gave up leaving the fishing rods in the car and walked into her house without paying the cab fare. It was about 20 feet from her house, she walked straight into her house and I turned around driving back to the Public Safety building trying to report this to the officer, fortunately, I found an officer near Boys and Girls Club.

I asked the officer to go with me so that he could explain the whole thing to Mrs. Skipper and I may get my cab fare, then returned her the fishing rods. Mrs. Skipper was very angry and threatened to

Exhibit 3
Page 2 of 9

report to the city and get rid of me from this town. She seemed not to listen to the officer but being frustrated.

The next day, Gwen Edwardson, the Director of Taxicab who works at the City Hall called me up, I went to see her at her office. She said she received a complaint from Mrs. Skipper and she warned me to take care of senior citizen, if not, she would seize my chauffeur license. I said sorry and left her office.

Two months later, Gwen Edwardson asked me a copy of a cab insurance twice and I told her that she could get it in the file in her office and I heard from my insurance company that Mrs. Skipper was suing my insurance company but I have not learned any further information ever since.

In December 2004, I remembered I dropped her husband and his father off at the post office. I took that opportunity explaining him about the Senoir Rate posted in front of the cab. I said the senior rate starts at age 65 and he said my father is older than 65. I said that's alright about your dad but what I meant is about your wife. She was only 62 but claimed to get a senior rate. Three months later, I received this Plaintiff's Complaint letter.

I am a good person, a good taxicab driver, I did not mean to argue with the elders. But in Mrs. Skipper case, she was not 65 years old or older but she kept paying $ 3.00 as a senior citizen rate and I felt she was abusing the city rule. My duty was trying to make sure she understood about my business.

I did not hurt her at all, most importantly, I never touch her body but part of her Parka and held on to the fishing rods trying to stop her from running away without paying a cab fare. That was all I intended to do and there was no fight whatsoever in this case. In that split second, my concern was the cab fare I supposed to get. It

Exhibit 3
Page 3 of 9

would not have to end up like this if she paid my some money I deserved to earn.

I am definitely sorry to be in this situation because I actually am a good person and the way I was raised in Thailand is to respect the elders. I respect Mrs. Skipper then and now as a senior citizen but I have to play with the city rules and regulations. I don't have any voice in this regard because of the limited ability to command in English. All I can say is I am sorry it has to end up like this. I don't have the money to pay Mrs, Skipper and I don't have the money to pay a lawyer. I live on day to day basis, renting a small house, taking care of my mother back home. Whatever happens to my life, I would leave it to God willing.

There are some good things I have done for this community a few people recognized, such as:-

1) I found a purse in my cab near AC store and there were a few hundred dollars in that purse. I gave it to Arcticab Co. to find the owner. The owner tried to give me some rewards, but I refused to take it.

2) A Motorola Phone, model A1 costs more that $400.00 was found in my cab after I dropped off a passenger from house # 6843 to Alaska Airlines. On the way to pick up another passengers, I returned to the Airport looking for that passenger who was ready to check in for the outbound flight.

3) I picked up a native passenger at house # 6678 and soon after I dropped him off, I found a hundred dollar bill in my cab. I was not certain if it was his money or other passenger's money. I sat and waited in front of the house expected him to come out to claim for that money. He did come out and asked me to drive back to house # 6678 because he lost something. I asked what he had lost and he said he lost a hundred dollar

Exhibit 3
Page 4 of 9

bill. I told him I found it in my cab, that was the reason why I parked my car waiting for him to claim it.

4) In Jan, 2005, I found a wallet in the middle of the street in front of Barrow Apartment. I picked it up and found more than $ 200 in cash and other plastic cards. I returned the wallet to that person who worked at Wellness Center.

Finally, I would leave this court to find out the fact whether she was hurt by me or by other incidents. Was it fair that a passenger would leave the car without paying the cab fare? What does it mean when it comes to an age limit for the City's rule on the senior rate, who enforces it? Most importantly, why it took so long to come up with this type of a lawsuit and why my insurance company had nothing to do with this case?. I am stunned and prepared to face the consequences and I hope someone in this world could step up and help a woman who is in trouble like me.

USANEE ASSAVAPISALBOOL

I certify that on 3/31/05
copies of this form were sent to: Azar
CLERK:

cc: McKay/Merrill/Azar
4/12/05

Exhibit 3
Page 5 of 9

**NORTH SLOPE BOROUGH**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
Vocational Rehabilitation
P.O. Box 69
Barrow, Alaska 99723

Phone: (907) 852-0270
Fax: (907) 852-2855
Toll Free: 1 800-478-6606 Ext. 270

FILED IN THE TRIAL COURTS
State of Alaska at BARROW

MAR 3 1 2005

_____ /Clerk

ARCTICAB CO., LTD
Barrow, AK 99723

March 18, 2005

Attention: Manager

Lisanee Assavapisalbool, known to me by her nickname of "Gift," has asked me to write a letter of reference for her. I am very happy to have the opportunity to tell the circumstances under which I met this lovely lady.

I am a steady customer of another cab company, and I had never known Gift before. One day this last January I lost my wallet as I was getting out of a cab in front of my apartment building. I was extremely upset when I realized that it was gone because it had all of my identification in it plus $250 in cash ready for travel out of the state.

It was a tremendous relief to me when I received a call from Gift's friend telling me that Gift had found my wallet on the street and had identified me as the owner of the wallet from my business card in it. Gift returned the wallet to me that evening with all the money and identification in it. I wanted to give her a reward for returning the wallet, but Gift refused and said that she would never keep anything that was not hers.

I think that Lisanee Assavapisalbool is a woman of honorable character. It was my good fortune to have met such an honest person under circumstances that could easily have not turned out as well.

Please call me at 852-0270 if you need further information.

Sincerely,

Anne McMurrough

I certify that on 3.31.05 copies of this form were sent to:

cc: [illegible]

Exhibit 3
Page 6 of 9

FILED IN THE T... COURTS
State of Alaska at BARROW

MAR 31 2005

_____ /Clerk

ARTICAB
C4 - JAY SONG

3/29/05

I am Writing this letter of Reference For My Co-Worker Lisanee "GIFT" Because "GIFT" had a Conflict or Misunderstanding with the One of ARTICAB Customer.

As A Co-Worker, I do not Believe GIFT is a Type of Person who would knowingly Overcharge or try to Rip people off.

I've known her 3yrs But Never Seen or Hear Bad thing about Her.

Maybe there was a Miss Communication between Customer & GIFT.

Also the Customer who have Conflic with "GIFT", Complain with the Similar Incident about 2yrs Ago with Another ARTICAB Driver Saying that Driver Overcharged her, But Later I found out that Driver Collected right amount of Fare. I was Dispatcher At the Time

As you can see that English is not a First language for us. Especially with Oder Asian-American, So It is hard for them To Explain Something to Customer.

We are here make hard Working & Honest living. I Just hope that whom ever read this letter Put this in Considerations. and Hope that misunderstanding Between C17 "GIFT" & Custome resolve in a Niceway.

Thank You

If You need More Info Please reach Me At ARTICAB C4 JAY.

cc: Mickey/Munir 4/13pm

I certify that on 3.31.05 copies of this form were sent to ... CLERK

Exhibit 3
Page 7 of 9

| | | | |
|---|---|---|---|
| Local, Across, Stu ent, Work | $5.00 | | |
| Seniors (65 years and older) | $3.00 | | |

| From Barrow To: | | From Browerville To: | |
|---|---|---|---|
| Dump/Shop 3 | 7.00 | Dump/Shop | 7.00 |
| Freshwater Lake | 10.00 | Freshwater Lake | 10.00 |
| Cakeeater Road | 10.00 | Cakeeater Road | 10.00 |
| NARL/UIC | 10.00 | NARL/UIC | 10.00 |
| Point Barrow | 15.00 | Point Barrow | 15.00 |

| | |
|---|---|
| Each additional Passengers (over 12 years) | 1.00 |
| Waiting Time/Minute after the first 3 minutes | 1.00/minute |
| Deliveries Fare (Add) | 1.00 |
| Jump Starts | 15.00 |
| Charters   $30 for the first ½ hour, then $50/hour | |
| Each additional passenger | 5.00 |

FILED IN THE TRIAL COURTS
State of Alaska at BARROW

MAR 3 1 2005

_____ /Clerk

I certify that on _3-31-05_
copies of this form were sent to:
CLERK: _____

cc: McKay / Murit
Azan
4/12/05

Exhibit 3
Page 8 of 9

specificity the basis of the emergency. Emergency regulations shall only be effective for a period of sixty (60) days.

FILED IN THE TRIAL COURTS
State of Alaska at BARROW

MAR 3 1 2005

_____ /Clerk

### Title 2.   Taxicab Service Rates.

Section 2.01.010   Definitions.

A.   "Chauffeur" means a person authorized by the Taxicab Commission executive director to operate a taxicab pursuant to Chapter 7.12 of the Barrow Municipal Code.

B.   "Senior citizen" means a person 65 years of age or older who shows proof of age to the taxicab chauffeur in the form of a driver's license, State of Alaska Department of Motor Vehicles identification card, birth certificate, or similar document.

C.   "Shared ride service" means a service for nonexclusive passenger taxicab for hire offered by a taxicab in and between the geographic zones established by the taxicab commission.

D.   "Taxicab" means a chauffeured motor vehicle used to transport passengers for hire having a manufacturer's rated seating capacity of nine passengers or less, including driver, and not operated over fixed or defined routes.

Section 2.01.020   Taxicab Service Rates.

A.   The minimum rate that shall be charged any individual passenger for taxicab service within the limits of the City of Barrow is $5.00, except that a senior citizen shall be charged a minimum rate of $3.00 for taxicab service within the City of Barrow.

B.   The maximum rate that shall be charged any passenger for taxicab service within the limits of the City of Barrow is **$5.00**, except that a senior citizen shall be charged a maximum rate of **$3.00** for taxicab service within the City of Barrow.

C.   The minimum rate that shall be charged for shared ride service within the limits of the City of Barrow is **$5.00**.

D.   The maximum rate that shall be charged for shared ride service within the limits of the City of Barrow is $**1.00 each additional passenger**.

E.   In no event may taxicab service rates exceed the maximum rates, or fall below the minimum rates established in this section. Taxicab companies may not offer **RAFFLES**, discounts, rebates, coupons, goods, services, or any other payment methods that result in taxicab service rates that fall below the minimum rates established in this section. Taxicab companies may not charge a per bag fee, waiting time fee, or any other fee or charge that results in taxicab service rates that exceed the maximum rates established in this section.

BARROW TAXICAB COMMISSION CODE OF REGULATIONS
PAGE 2 OF 3

cc: McKay/Murrill
4/12/05

I certify that on 3.31.05 copies of this form were sent
CLERK:

Exhibit 3
Page 9 of 9