# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Joanna | FROM: Susan Atos |
| COMPANY: Bill Azar's Office | DATE: April 4, 2006 |
| FAX NUMBER: 907-349-1687 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (800) 478-3004 | SENDER'S REFERENCE NUMBER: 852-5211 ext 221 |
| RE: Skipper vs. Assavapisalbool (Nye) | SENDERS FAX NUMBER: 852-5871 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Good Afternoon,
Page 1: 08/15/05 letter from City of Barrow Attorney Cutler
Page 2 – 7: complaints against Usanee
Pages 8 – 11: Taxicab Chauffeur License
Page 12- 15: Taxi Log

All this information is from her taxi file which I requested today from Kathi Texeira, Taxi Director.

Call or email if you have any questions. adminassistant@cityofbarrow.org
(907) 852-5211 EXT. 221 FAX (907) 852-5871

*Susan Atos*
Thank You
Susan Atos

Exhibit 4
Page 1 of 16

# Preston|Gates|Ellis LLP

August 15, 2005

Mr. David W. Murrills
William G. Azar, P.C.
Dimond Tower Office Building
800 E. Dimond Blvd., Suite 3-440
Anchorage, AK 99515-2028

Mr. Patrick J. McKay
211 H Street
Anchorage, AK 99501

    Re: Louisa Skipper v. Usanee Assavapisalbool and Songpol Amornit
          Case No. 2BA-05-23 CI

Dear Messrs. Murrills and McKay:

    In response to the Order Granting Motion for Inspection of Public Records received August 11, 2005, enclosed please find a copy of the City of Barrow's public records regarding Usanee Assavapisalbool. Our records consist only of a Taxicab Complaint form dated April 24, 2003.

                              Very truly yours,

                              PRESTON GATES & ELLIS LLP

                              By
                              Louisiana W. Cutler

Encl.

cc: Kathi Texeira (w/encl.)

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

420 L STREET, SUITE 400 ANCHORAGE, AK 99501-1971 TEL: (907) 276-1969 FAX: (907) 276-1365 www.prestongates.com
Anchorage Beijing Coeur d'Alene Hong Kong Orange County Portland San Francisco Seattle Spokane Taipei Washington, DC

Exhibit 4
Page 2 of 16




**CITY OF BARROW**
*"farthest north incorporated city"*

RECEIVED AUG 23 2005
By_____

# MEMORANDUM

TO:   Nathaniel Olemaun Jr., Mayor

FROM: Kathi Texeira, Taxicab Executive Director/DMV Representative

DATE: August 22, 2005

SUBJ: Arctic Cab C-17
      Driver: Ussannee Assavapisalbool

Here is a formal complaint from customer, Eva Brower. Ms. Brower called in at 3:50 PM. Ms. Brower stated that she took Arctic Cab C-17, roundtrip from House # 1639 D to the Post Office. Upon returning to house 1639D, from the post office, Driver of Arctic Cab, C-17, Ussannee, asked Ms. Brower if she was interested in buying "weed" or "ice".

Ms. Brower contacted Taxicab Executive Director at 3:50 PM by phone. Prior to receiving the call, Ms. Clara Kious contacted Taxicab Executive Director at 3:20 PM to report the incident. Both Complaint forms are attached.

Ms. Brower's statement is as follows:

Driver asked customer if you are looking for something, because I have with me, you can call anytime.

Customer replied, what kind of stuff?

Driver replied the weed, weed.

Customer replied, no, I am pregnant, I don't do that stuff.

Driver said you like the speed? I know where to get speed. I know ice is crystal "meth" because I know lots of people use that term.

Customer responded, oh no, no no.

Driver replied, if you know anybody, call me.

Ms. Brower does not want the driver, C-17, to harass her since driver of C-17 knows where Ms. Brower lives. Ms. Brower would like this issue to remain confidential.

I will fax the City Attorney's office and obtain legal advice on our next step with this issue.

---

P.O. BOX 629 • 2022 AHKOVAK STREET • BARROW, ALASKA 99723 • PHONE 852.5211 • FAX 852.5871

Exhibit 4
Page 3 of 16

# TAXICAB COMPLAINT FORM

DATE 8/22/05 3:50 pm   COMPANY Arctic Cab

DRIVER'S NAME Usanee (GIFT)

VEHICLE CALL SIGN (I.E.-C-3) C-17   COLOR Tan/Brown

MAKE _____   MODEL _____

COMPLAINT Taking cab roundtrip
P.O. Driver asked if customer knew any one looking for something "weed"

Customer left a message with PD to speak w/ ofc Lynch.

NAME OF PERSON MAKING COMPLAINT Eva Brower
PERSON MAY BE CONTACTED AT _____

☐ ANNONYMOUS
☐ IN PERSON
☒ CALL-IN
☐ WRITTEN

PO BOX 2241
Ph. contact 6803

COMPLAINTS SHOULD BE AS DETAILED AS POSSIBLE IN ORDER FOR US TO CORRECTLY ADDRESS THE INDIVIDUAL. ALL COMPLAINTS ARE GIVEN TO THE BARROW TAXICAB COMMISSION, MAY BE ADDRESSED TO THE CITY COUNCIL IF NEED BE.



Exhibit 4
Page 4 of 16

C-17: will call Driver for log copy @ 5:00PM

## TAXICAB COMPLAINT FORM

DATE 8.22.05 3:20 PM  COMPANY Arctic Cab

DRIVER'S NAME Usanee

VEHICLE CALL SIGN (I.E.-C-3) C-17  COLOR Tan Ford car

MAKE _____  MODEL _____

COMPLAINT  Clara Kious called and reported that her sister was in MRS C-17 when driver tried to sell customer a "bag of weed."

Clara stated her sister talked with Ofc. Lynch of NSBPD

NAME OF PERSON MAKING COMPLAINT  Clara Kious
PERSON MAY BE CONTACTED AT _____

☐ ANNONYMOUS
☐ IN PERSON
☒ CALL-IN
☐ WRITTEN

COMPLAINTS SHOULD BE AS DETAILED AS POSSIBLE IN ORDER FOR US TO CORRECTLY ADDRESS THE INDIVIDUAL. ALL COMPLAINTS ARE GIVEN TO THE BARROW TAXICAB COMMISSION, MAY BE ADDRESSED TO THE CITY COUNCIL IF NEED BE.


Exhibit 4
Page 5 of 16



```
9/19/05                            HTE    CAD                            PAGE    1
16:13:09                        CAD CALL INFORMATION                     052620044
```

Call Number: 052620044         Call Type.: 254 MVA                          Police
Entry Day/Tm: 9/19/05 14:48:10           254 MVA                            Police

CmnN: WELLNESS CENTER              Agency........: 001 North Slope Borou
Location...:   723    NACHIK                       ST    Apt:
City......: BARROW             Block#:   700   Loc ID: C Mapr: 14
Intersectn.: KIOGAK                        STEVENSON

Caller Name: Last:              First:             Mid:  See Caller:
Address...:                                        Apt:
City/State:                     Phone#:            Source:

Call Taker.:        489 GLASTETTER    BELINDA      QPADEV002J
Dispatcher.:        489 GLASTETTER    BELINDA      QPADEV002J

                          N A R R A T I V E

```
   DOREEN CLARK REPORTS SHE WAS IN A MVA WITH A TAXI         14:57:54
   IN THE PARKING LOT OF A/L                                 14:57:54
===                                                          14:57:54
   417: RECEIVED A CALL FROM USANEE A TAXI DRIVER WHO        14:57:54
        REPORTS THE SAME                                     14:57:54
   299: 10-27, 29 X 2, ADL #1039359 AND 6403932              15:02:02
   417: USANEE NYE, CLEAR, NO W-W'S AND DOREEN CLARK         15:02:49
        CLEAR, NO W-W'S                                      15:02:49
===                                                          15:43:35
   CONT DOREEN CLARK AND USUANEE NYE OUTSIDE OF A/L.         15:43:35
   DOREEN STATED SHE WAS BACKING OUT OF THE WELLNESS         15:43:35
   CENTER PARKING LOT AND DID NOT SEE OR HEAR THE CAB        15:43:35
   COME UP BEHIND HER.  CLARK STATED SHE HEARD THE           15:43:35
   CAB SOUND IT'S HORN AFTER SHE BACKED THE LEFT CORNER      15:43:35
   OF HER BUMPER INTO THE RIGHT FRONT FENDER/HOOD OF         15:43:35
   TAXI.  CLARK STATED NO DAMAGE TO HER VEHICLE.             15:47:26
   NYE STATED SHE HAD HER TURN SIGNAL ON AND WAS             15:47:26
   TURNING INTO A/L WHEN CLARK'S VEHICLE BACKED INTO         15:47:26
   HERS.  NYE STATED SHE SOUNDED HER HORN BEFORE THE         15:47:26
   TRUCK HIT HER CAB.  NYE ESTIMATED DAMAGES TO BE           15:47:26
   $1,000.  OFFICER OBSERVED MINOR DAMAGE TO THE             15:53:04
   FRONT HOOD OF NYE'S CAB.  BOTH PARTIES DENIED             15:53:04
   INJURY.  OFFICER ISSUED CLARK CITATION #105957            15:53:04
   FOR IMPROPER BACKING.  BOTH PARTIES AGREED TO             15:54:09
   HANDLE DAMAGES CIVILLY.  OFFICER ISSUED 12-209            15:54:09
   FORMS AND PROOF OF INSURANCE FORMS TO BOTH                15:54:09
   DRIVERS.  NO SIGNS OF ALCOHOL OR DRUGS.  NFA.             15:54:09
              299/417                                        15:54:09
```

                        V E H I C L E    I N F O

Vehicle Type: SUSP Suspect
   License# EJD132          Year: 94   Make: CHEVY      Model: PICKUP
   State: AK                VIN :                       Color: MAR/ MAR
Vehicle Type: SUSP Suspect
   License# DSA146          Year: 99   Make: FORD       Model: TAURUS
   State: AK                VIN :                       Color: TAN/ TAN

Exhibit 4
Page 4 of 4

```
 9/19/05                         HTE    CAD                      PAGE      2
16:13:09                      CAD CALL INFORMATION               052620044
```

## VEHICLE INFO


## PERSON INFO

```
Person Type: OPER      Operator (Vehicle)         User ID: BGLASTETTE
Race.: I  Sex: F Age: 32 -     Hgt:    -       Wgt:   -      Person #:   1
Weapon:              Build.:              Hair...:            Eyes:
Hat..:               Jacket:              Shirt..:            Pants:
Shoes:               Facial:              Glasses:            SSN: 574505929

Flight Dir:                  Mode:              OL#: 6403932
Name: L: CLARK           F: DOREEN          M:                    DOB: 5271973
Addr:         0                                      Apt:              9/19/05
City:                         Phone#:       -     ( ) Last Changed: 15:54:28
Additional: ISSUED CITATION #105957 FOR IMPROPER BACKING BY OFC BEENE
Person Type: OPER      Operator (Vehicle)         User ID: BGLASTETTE
Race.: A  Sex: F Age: 43 -     Hgt:    -       Wgt:   -      Person #:   2
Weapon:              Build.:              Hair...:            Eyes:
Hat..:               Jacket:              Shirt..:            Pants:
Shoes:               Facial:              Glasses:            SSN: 493171508

Flight Dir:                  Mode:              OL#: 1039359
Name: L: NYE             F: USANEE         M:                    DOB: 11051961
Addr:         0                                      Apt:              9/19/05
City:                         Phone#:       -     ( ) Last Changed: 14:59:13
Additional:

299                   Unit Status History Information

     9/19/05 14:48:15    4 Dispatched              D         565 BEENE         RYAN
     9/19/05 14:48:15   11 Assigned as Primary    PR
     9/19/05 14:55:15    6 At Scene               OS
     9/19/05 15:03:05   16 Reset Unit Time Chec   RS
     9/19/05 15:49:45   20 Available              AV
```

## DISPOSITIONS

```
1  100  Taxi Cab Related           Case#  1 - 00-000000 Unit: 299
2  005  Citation Issued            Case#  1 - 00-000000 Unit: 299
```



# CITY OF BARROW
*"farthest north incorporated city"*

## TAXICAB COMPLAINT FORM

DATE **4-29-03**   COMPANY **Arcticab**

DRIVER'S NAME **Usanee Assavapisarboon**

VEHICLE CALL SIGN (I.E.-C-3) _____   COLOR **blue**

MAKE _____   MODEL _____

COMPLAINT **driver grabbed money out of her hand, demanded full fare from senior. Injured passenger's arm that she just had surgery on. Very rude to her. Does not usually complain, but driver hurt this elderly woman's arm. uncalled for.**

NAME OF PERSON MAKING COMPLAINT **Louisa Skipper**
PERSON MAY BE CONTACTED AT **852-3208**

- [ ] ANNONYMOUS
- [ ] IN PERSON
- [x] CALL-IN
- [ ] WRITTEN

COMPLAINTS SHOULD BE AS DETAILED AS POSSIBLE IN ORDER FOR US TO CORRECTLY ADDRESS THE INDIVIDUAL. ALL COMPLAINTS ARE GIVEN TO THE BARROW TAXICAB COMMISSION, MAY BE ADDRESSED TO THE CITY COUNCIL IF NEED BE.

P.O. BOX 629 • 2022 AHKOVAK ST • BARROW, ALASKA 99723 • PHONE (907) 852-5211 • FAX 852-5871

Exhibit **4**
Page **8** of **16**

J-17                                                                                          yearly dues ?



# CITY OF BARROW
*"farthest north incorporated city"*

---

| **Taxicab Chauffeur License Application** |

Cab company: __Arctic Cab__    ☐ Initial  ☐ Renewal

Name: __Usanee Assavapisalbool__    Date _____

PO Box __1763__    Physical Address _____    Barrow, AK 99723

Home Phone _____   Work Phone _____

Emergency Contact and Phone Number _____

The following documents are required before obtaining a Taxicab Chauffeur's License in Barrow, pursuant to Title 7, Taxicabs, 7.12.020. After issuance, the license will be valid for one (1) year from the date paid.

✓1. Alaska Drivers License # __1039359__    Expiration: __11/05/05__
✓2. Proof of vehicle insurance    ~~current~~    ~~6/23/05~~  6/22/06
✓3. Job verification from a taxi company
✓4. Driving Record
✓5. Criminal History Record
 6. Yearly Chauffeur License fee $170.00  Receipt # __11477__ Date __10/6/04__
current → 7. Two (2) sets of fingerprints (for initial application only) obtained from the NSB Police
not need    Department
 8. A certificate from a licensed physician, (licensed to practice medicine in the State of Alaska) verifying the applicant's physical ability to drive
✓9. Furnish a pre-employment, negative, NON-DOT, drug urinalysis test
 10. Successfully pass the Chauffeur's Examination with a score of seventy-five percent (75%.) Exam is based on the City of Barrow Code of Ordinances and Regulations, Title 7, Taxicabs

By submitting this application, I, _____, do hereby certify that all information pertaining to this application is true and correct to the best of my knowledge. I agree to and am bound by the terms and conditions of the City of Barrow Ordinances, Title 7, and regulations pertaining to Taxicab Operators, and the regulations of the City of Barrow Taxicab Commission.

I have read the conditions on page 2 of this document and can attest that I have not committed or been convicted of any crimes or felonies within the listed time frame of Title 7, Taxicabs, 7.12.030.

Signature: _____    Date: _____

P.O. BOX 629 • 2022 AIIKOVAK ST. • BARROW, ALASKA 99723 • PHONE (907) 852-5211 • FAX 852-5871




Exhibit 4
Page 9 of 16

**DECLARATIONS FOR A BUSINESS AUTO**   Page 1
**AMENDED**   06/22/05   Policy No: CPAK 7026235 5
**ITEM ONE**   Named Insured and Address   Producer Name and Address

USANEE ASSAYAPISALBOOL  
PO BOX 1763  
BARROW   AK   99723

DUNLAP AGENCY INC  
1305 21ST AVE STE 203  
FAIRBANKS   AK   99701

Producer Code: .050   Broker:

**PREV POLICY NO:** 6994367R   Report Basis: ANNUAL  
Policy Period: From **06/22/05** to **06/22/06** at 12:01 A.M. Standard Time at your mailing address shown above.  
Insured Company and Code:   001   NATIONAL CONTINENTAL INSURANCE CO.  
Named Insured's Business: **2 TAXI**  
Form of Business: **INDIVIDUAL**   *   $0  
*This policy may be subject to final audit.  
IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

**ITEM TWO**  
SCHEDULE OF COVERAGES AND COVERED AUTOS  
This policy provides only those coverages where a charge is shown in the premium column on the covered autos schedule. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| LIABILITY<br>BODILY INJURY<br><br>PROPERTY DAMAGE | 7   8 | 100,000   PER PERSON<br>300,000   PER ACCIDENT<br>50,000   PER ACCIDENT |
| PERSONAL INJURY PROTECTION<br>(or equivalent No-fault coverage) | | Separately stated in each PIP endorsement |
| ADDED PERSONAL INJURY PROTECTION<br>(or equivalent added No-fault coverage) | | Separately stated in each added PIP endorsement |
| PROPERTY PROTECTION INSURANCE<br>(Michigan only) | | Separately stated in the P.P.I. endorsement |
| AUTO MEDICAL PAYMENTS | | |
| UNINSURED MOTORISTS | 7 | 50,000   PER PERSON<br>100,000   PER ACCIDENT<br>25,000   PER ACCIDENT |
| UNDERINSURED MOTORISTS<br>(When not included in Uninsured Motorists Coverage) | | |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $   Ded. FOR EACH COVERED AUTO. BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for hired or borrowed "autos." |
| PHYSICAL DAMAGE SPECIFIED<br>CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25. Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR for hired or borrowed "autos." |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $   Ded. FOR EACH COVERED AUTO. See ITEM FOUR for hired or borrowed "autos." |
| PHYSICAL DAMAGE<br>TOWING AND LABOR<br>(Not available in California) | | $   for each disablement of a private passenger auto. |

**DELETE DRIVER #2 R NYE**

CA DS 03 07 97

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | PADDLIN DEC |
|---|---|---|---|---|---|---|---|---|---|
| FNB107 | E G | 05327 | 294 | 006 | 05203 | 06/22/05 | 5131 | 05 | Exhibit 4<br>Page 10 of 16 |

PMD



Policy No: CPAK 7026235 5

**THIS ENDORSEMENT PAGE CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

AP 90 24 12 90

THIS ENDORSEMENT IDENTIFIES PERSON(S) OR ORGANIZATIONS WHO ARE ALREADY AN "INSURED" UNDER THE WHO IS AN INSURED PROVISION OF THE POLICY. THIS ENDORSEMENT DOES NOT ALTER COVERAGE PROVIDED IN THE POLICY.

**PERSON(S) OR ORGANIZATION(S) IDENTIFIED AS "INSURED(S)"**

This endorsement is for use with the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

| Endorsement Effective 06/22/05 | |
|---|---|
| Named Insured USANEE ASSAYAPISALBOOL | Countersigned by |

(Authorized Representative)

Each person or organization listed below is an "insured" for LIABILITY COVERAGE, but only to the extent that person or organization qualifies as an "insured" under the WHO IS AN INSURED provision of SECTION II – LIABILITY COVERAGE.

(If no entry appears below, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Person(s) or Organizations(s):

CITY OF BARROW

PO BOX 629
BARROW            AK    99723





**CITY OF BARROW**
*"farthest north incorporated city"*

October 17, 2005

Patrick J. McKay
211 H Street
Anchorage, Alaska
99501

Dear Mr. McKay:

This letter is written in regards to Usanee Assavapisabool. Ms. Assavapisabool's vehicle was registered with the City of Barrow for 2003 with Arctic Cab Taxicab Company.

The vehicle's VIN # is JHLRD1841YC020330
The vehicle's Year is: 2000
The vehicle's Make is: Honda
The vehicle's Model is: CRV
The vehicle's License plate # is: DTW909
The vehicle's color is: BLUE

Ms. Assavapisabool's vehicle information, used to transport passengers for fare purposes, as a Taxicab vehicle is listed above.

If you have any questions, please contact me at 907-852-5211.

Sincerely,

Kathi Texeira
Taxicab Executive Director

P.O. BOX 629 • 2022 AHKOVAK STREET • BARROW, ALASKA 99723 • PHONE 852.5211 • FAX 852.5871

Exhibit 4
Page 12 of 16

AUG 14, 05

| TIME | ORI | DIS | PAX | FARE |
|------|-----|-----|-----|------|
| 1055 | 3342 | CHURCH | 1 | 3 |
| 1137 | 6258 | " | 1 | 3 |
| 1201 | 1644 | 10114 | 2 | 6 |
| 1232 | 339 ← | AC | 1 | 3 |
| 1255 | 1405 | HER | 3 | 5 |
| 128 | 4368 | 7680 | 2 | 5 |
| 225 | 1666 | 7397 (RT) | 1 | — |
| 314 | 280 | 4576 | 1 | 6 |
| 352 | CO2 | CHURCH | 2 | 6 |
| 427 | 6003 | 1666 | 2 | — |
| 450 | 7859 ← | HOS | 1 | — |
| 539 | 944 | AC | 1 | 5 |

Exhibit 4
Page 13 of 16

12

ARCTICAB C-17 USAGE
AUG 17, GIFT

| TIME | ORI | DIS | PAX | FARE |
|------|-----|-----|-----|------|
| 805 | 1414 | AC | 2 | 5 |
| 853 | 5194 | 1/3 | 1 | 5 |
| 1120 | 1673 | 1/29 | 1 | 3 |
| 1233 | 6131, PO, FRONT | | 2 | 7 |
| 1240 | 445 | 7758 | 1 | 3 |
| 100 | 2219 | ← MID | 1 | — |
| 139 | 1664 | 7073 | 1 | 5 |
| 200 | 1/29 | 2031 | 1 | 3 |
| 237 | ASRC | MID | 3 | 6 |
| 350 | 1664 | HOS | 1 | — |
| 411 | 4105 | 1445 | 1 | — |

Exhibit 4
Page 14 of 16

13

ARCTI CAB CITY USAGE
AUG 19, 05

| TIME | ORI | DIS | PAX | FARE |
|---|---|---|---|---|
| 822 | 7859 | HOS | 1 | — |
| 849 | 5316 | COURT | 1 | 5 |
| 917 | 4181 | 3411 | 1 | 5 |
| 1005 | 4470 | 6471 | 1 | 5 |
| 1202 | AC | TOP | 1 | 6 |
| 1240 | MID | 2219 | 1 | — |
| 114 | 7774 | W.N | 3 | 6 |
| 200 | BRW | KBK | 1 | 5 |
| 234 | AC | 1620 | 1 | 3 |
| 315 | ITCC | 6197 | 2 | 6 |
| 343 | HIGH | 7045 | 3 | 6 |
| 418 | 1671 | 8115 | 1 | 5 |
| 448 | 7734 | VDB | 1 | 6 |
| 509 | 3339 | KBK | 1 | 6 |

Exhibit 4
Page 15 of 16

14

ARCHCAB  C.17  USANEE
AUG 21, 05

| TIME | ORI | DIS | PAX | FARE |
|---|---|---|---|---|
| 1050 | 1325 CH, AC | | 2 | 5 |
| 1118 | 1213 | 4162 | 1 | — |
| 1141 | 807 | 6253 | 1 | 3 |
| 205 | 1445 | 4105 | 1 | — |
| 245 | 2021, 6438, C.S | | 2 | 6 |
| 300 | 6214 | 1447 | 1 | 5 |
| 330 | 4294 | BANK | 1 | 5 |
| 420 | 807 | 7217 | 3 | 5 |
| 444 | 4/3 | BUCI | 1 | 5 |
| 508 | 3411 | 6585 | 1 | 5 |

Exhibit 4
Page 16 of 16