Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| USANEE ASSAVAPISALBOOL and ) | |
| LOUISA SKIPPER, ) | |
| ) | |
| Defendants ) | |
| _____ ) | Case No. A05-101 Civil (JKS) |

### PROPOSED ORDER

THIS COURT having considered defendant Louisa Skipper's Motion to Compel for Costs Against Defendant Usanee Assavapisalbool, and all the circumstances,

**IT IS HEREBY ORDERED** that Louisa Skipper's motion is **GRANTED.** Usanee Assavapisalbool will make herself available for a second deposition in Anchorage, Alaska at her cost and expense. Within three days of this order she will disclose in writing the identity of the person who typed her answer to the complaint, his address, and all telephone numbers. **IT IS FURTHER ORDERED** that the cost of the second deposition and the

cost of the translator will be the responsibility of Usanee Assavapisalbool and her attorney Blake Call, jointly and severally, and that these costs will be paid directly by them within ten days of the deposition to the court reporter and the translator.  A courtesy copy of the payments made will simultaneously be given to Louisa Skipper.  To the extent that a mutual convenient date and time cannot be set by the parties for the deposition of Usanee Assavapisalbool in Anchorage, Alaska, then Louisa Skipper will have the right to send a notice of deposition unilaterally setting the deposition during business hours on a business day, as long as 30 days notice is provided and as long as defense counsel for Usanee Assavapisalbool is not participating in an actual trial. Louisa Skipper may choose the court reporter and which interpreter to hire for the second deposition. **IT IS FURTHER ORDERED** that Usanee Assavapisalbool and her attorney are jointly and severally liable and will pay within ten days, $900, payable to the "Law Office of William G. Azar, P.C."

DATED this _____ day of _____, 2006.

_____
Timothy Burgess,
US District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th
day of April 2006, a true and
correct copy of the foregoing was
served electronically upon:

Mark A. Sandberg, Esq.
msandberg@aol.com

and hand-delivered to:

Blake Call, Esq.
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska  99501


/s/ Traci L. Mosholder
Traci L. Mosholder