Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) ) USANEE ASSAVAPISALBOOL and ) LOUISA SKIPPER, ) ) Defendants ) ) | Case No. A05-101 Civil (JKS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

    Frank J. Schlehofer, being first duly sworn upon oath, deposes and states:

    1.   I am an attorney with the Law Office of William G. Azar, P.C. I have been representing plaintiffs in personal injury actions since 1991.

    2.   A minimum fair value for the cost of my time is $150 per hour.

    3.   I have spent in excess of six hours preparing the

Affidavit of Counsel
Scottsdale Insurance Co. v. Assavapisalbool, et al, Case No. A05-101 CI
Page 1 of 3

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

Motion to Redepose Usanee and for Costs and will expend additional time beyond that in responding to any reply.

4. This counsel was never made aware of any issue regarding banishment until this came up for the first time during the deposition of Usanee Assavapisalbool. An obvious question at the deposition would be who had helped defendant Usanee Assavapisalbool prepare the extensive answer due to her limited English and the fact that efforts had to be made to retain a Thai interpreter. If defense counsel had raised the issue of the alleged threat of banishment prior to the deposition, then this counsel could have contacted Louisa Skipper and thus reassured defendant Usanee Assavapisalbool and her attorney that there is no threat of banishment and that he had spoken to Louisa Skipper who confirmed that she would take steps to avoid any conduct or statements that could be misconstrued as a threat of banishment.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 7th day of April, 2006.

_____
Frank J. Schlehofer

WILLIAM G. AZAR
A PROFESSIONAL CORP
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E DIMOND BLVD
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

Affidavit of Counsel
Scottsdale Insurance Co. v. Assavapisalbool, et al, Case No. A05-101 CI
Page 2 of 3

SUBSCRIBED AND SWORN to before me this 7th day of April, 2006



_____
Notary Public in and for Alaska
My Commission Expires: 5/2/07

CERTIFICATE OF SERVICE
I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Mark A. Sandberg, Esq.
msandberg@aol.com

and Hand-Delivered to:

Blake Call, Esq.
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska  99501

_____
Traci L. Mosholder

WILLIAM G. AZAR
A PROFESSIONAL CORP
ATTORNEYS AT LAW
WILLIAM G AZAR
SUITE 3-440
800 E DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

Affidavit of Counsel
Scottsdale Insurance Co. v. Assavapisalbool, et al, Case No. A05-101 CI
Page 3 of 3