Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

RECEIVED
APR 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>USANEE ASSAVAPISALBOOL and )<br>LOUISA SKIPPER, )<br>)<br>Defendants. )<br>_____ ) | Case No. A05-101 Civil (JKS) |

**NOTICE OF FILING CHAMBERS COPY OF**
**MOTION TO REDEPOSE USANEE ASSAVAPISALBOOL & FOR COSTS**

COMES NOW defendant Louisa Skipper, by and through her attorneys, the Law Office of William G. Azar, P.C. and pursuant to L.R. 10.1(b)(1)(A) and (B) and hereby files a chambers copy of her Motion to Redepose Usanee Assavapisalbool and For Costs with the attached exhibits, Affidavit of Counsel and her Proposed Order. A copy of the Notice of Electronic Filing is also attached.

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

NOTICE OF FILING
Scottsdale Insurance v. Assavapisalbool, et al., Case No. A05-101 CI (JKS)
Page 1 OF 2

Dated this _10_ day of April, 2006 in Anchorage, Alaska.

LAW OFFICE OF WILLIAM G. AZAR, P.C.
Attorneys for Defendant Louisa Skipper

By: _____
Frank J. Schlehofer
William G. Azar, P.C.
800 E. Dimond, Suite 3-440
Anchorage, Alaska  99515
Phone:  907-344-3434
Fax:  907-349-1687
fjschlehofer@yahoo.com
Alaska Bar No. 9011111

**CERTIFICATE OF SERVICE**
I hereby certify that on this 10th day of April, 2006, a true and correct copy of the foregoing was served by mail on:

Mark A. Sandberg, Esq
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska  99501

Blake Call, Esq.
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska  99501

_____
Traci L. Mosholder

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

NOTICE OF FILING
Scottsdale Insurance v. Assavapisalbool, et al., Case No. A05-101 CI (JKS)
Page 2 OF 2