Blake H. Call
Call, Hanson & Kell
250 H Street
Anchorage, AK  99501
Phone:  258-8864
Fax:  258-8865
Email:  bhc@chklaw.net
ABA No. 8911051

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff,    ) <br> ) <br> vs.                ) <br> ) <br> USANEE ASSAVAPISALBOOL and    ) <br> LOUISA SKIPPER,              ) <br> ) <br> Defendants   ) <br> _____) | Case No. A05-101 Civil (JKS) |

**STIPULATION FOR EXTENSION OF TIME**

    Defendant Louisa Skipper filed a motion to re-depose defendant Usanee Assavapisalbool and for costs against defendant and Blake Call on April 7, 2006.  Counsel for Defendant Skipper has agreed that Blake Call may have until April 24, 2006 in which to file an opposition to this motion.

Dated:   April 17, 2006        By:/s/ Blake H. Call_____
                               Call,Hanson & Kell
                               250 H Street
                               Anchorage, ALASKA   99501
                               Phone:  258-8864
                               Fax:  258-8865
                                Email:  bhc@chklaw.net
                               ABA No. 8911051


Dated:   April 17, 2006        By:/s/ Frank J. Schlehofer_____
                               Frank J. Schlehofer
                               William G. Azar, P.C.
                               800 E. Dimond, Suite 3-440
                               Anchorage, Alaska   99515
                               Phone:  907-344-3434
                               Fax:  907-349-1687
                               Email: fjschlehofer@yahoo.com
                               Alaska Bar No. 9011111