Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>USANEE ASSAVAPISALBOOL and LOUISA SKIPPER, ,<br><br>           Defendants. | Case No. A05-101 Civil (JKS) |

**LIMITED ENTRY OF APPEARANCE**

COMES NOW CALL, HANSON & KELL, P.C., and enters its limited appearance as attorneys of record on behalf of Blake Call for the purpose of responding to Louisa Skipper's Motion for Sanctions against Blake Call. Service may be had on Blake H. Call by delivering mailings or pleadings to 250 H Street, Anchorage, Alaska 99501.

LIMITED ENTRY OF APPEARANCE
Scottsdale v. Assavapisalbool, Case No. A05-101 CI
Page 1

CALL, HANSON & KELL, P.C.

Dated: April 24, 2006

s/Blake H. Call
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No. 8911051

Certificate of Service

I hereby certify that on February 24, 2006, a copy of the foregoing Limited Entry of Appearance was served electronically on Frank Schlehofer and Mark Sandberg

and mailed to

Usanee Assavaposalbool
P.O. Box 1763
Barrow, AK  99723

s/Blake Call

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

LIMITED ENTRY OF APPEARANCE
Scottsdale v. Assavapisalbool, Case No. A05-101 CI
Page 2