AFFIDAVIT OF Gwen D. Edwardsen

STATE OF ALASKA      )
                     ) ss.
Forth JUDICIAL DISTRICT )
~~THIRD~~

I, Gwen D. Edwardsen, being first duly sworn upon oath, depose and state as follows:

1. That I am a resident of the State of Alaska;

2. I worked for the City of Barrow off and on from 1998 to November 2003 in various jobs one of which was assistant Taxi Cab director which is also called the Taxi Cab Commissioner. I was also the Commissioner until I resigned in November 2003 to go to college;

3. I know Usanee Assavapisalbool as an Artic Cab Driver in the City of Barrow. She may have also worked at Barrow Taxi;

4. I am aware of 5 or 6 complaints against Usanee A. before the incident with Louisa Skipper on 4-29-03;

5. The complaints against Usanee A. were for being rude to Elderly, demanding more money than the fare and just taking advantage of them because they carry alot of cash with them in Barrow, Alaska. Most of those complaining were Elderly Eskimo Woman and they are very timid people and would more likely pay fees that were demanded of them.

Exhibit 1
Page 1 of 4

6. I called Usanee A. into my office to speak to her about these complaints and she would always deny them;

7. I am the one who took the complaint from Louisa Skipper, see Ex A;

8. On each occasion I gave her verbal warnings that if this type of behavior continued she would be suspended and that she needed to be respectful towards her customers;

9. After the incident with Louisa Skipper my boss Mayor Edith Vorderstrasse and myself decided to suspend her from driving for seven days;

10. We took her license to drive cab away from her then returned it after the suspension;

11. The complaints and suspension were both logged in my computer. We had logs by company and driver;

12. I also had colored photo's of all the drivers in my office and one of Usanee A. Several of those complaing about her I.D. her from the photograph.

13. It became my opinion that Usanee A. was trying to take advantage of our elderly citizens.

-2-

Exhibit 1
Page 2 of 4

-3-

Further your affiant saith naught.

DATED this 21st day of __April__, 2006.

_Gwendolyn D. Edwardsen_

SUBSCRIBED AND SWORN to before me this 21st day of __April__, 2006.

_Leonard Hackett_
Notary Public in and for Alaska
My Commission Expires: 3-7-07



# CITY OF BARROW
*"farthest north incorporated city"*

## TAXICAB COMPLAINT FORM

DATE **4.29.03**          COMPANY **Arcticab**

DRIVER'S NAME **Usanee Assavapisarpool**

VEHICLE CALL SIGN (I.E.-C-3) _____   COLOR **blue**

MAKE _____   MODEL _____

COMPLAINT **driver grabbed money out of her hand, demanded full fare from senior. Injured passenger's arm that she just had surgery on. Very rude to her. Does not usually complain, but driver hurt this elderly woman's arm. Uncalled for.**

NAME OF PERSON MAKING COMPLAINT **Louisa Skipper**
PERSON MAY BE CONTACTED AT **852-3208**

☐ ANNONYMOUS
☐ IN PERSON
☒ CALL-IN
☐ WRITTEN

COMPLAINTS SHOULD BE AS DETAILED AS POSSIBLE IN ORDER FOR US TO CORRECTLY ADDRESS THE INDIVIDUAL. ALL COMPLAINTS ARE GIVEN TO THE BARROW TAXICAB COMMISSION, MAY BE ADDRESSED TO THE CITY COUNCIL IF NEED BE.

Exhibit **1**
Page **4** of **4**

Ex. A

P.O. BOX 629 • 2022 AHKOVAK ST. • BARROW, ALASKA 99723 • PHONE (907) 852-5211 • FAX 852-5871