Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:      (907) 344-3434
Fax:      (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) )               Plaintiff,   ) )     vs.                    ) ) USANEE ASSAVAPISALBOOL and  ) LOUISA SKIPPER,            ) )               Defendants   ) _____) | Case No. A05-101 Civil (JKS) |

**PROPOSED ORDER**

THIS COURT having considered defendant Louisa Skipper's Motion to Have Trial Held in Barrow, Alaska; or in the Alternative, Nome, Alaska and the pleadings on file, **IT IS HEREBY ORDERED** that defendant Louisa Skipper's Motion is **GRANTED** and the trial will be held in Barrow, Alaska.

DATED this _____ day of _____, 2006.

_____
Timothy Burgess,
US District Court Judge

ORDER
*Scottsdale Insurance vs. Assavapisalbool, et al.*, Case No. A05-101 Civil (JKS)
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2006, a true and correct copy of the foregoing was served electronically upon:

Mark A. Sandberg, Esq.
msandberg@aol.com


/s/ Traci L. Mosholder
Traci L. Mosholder