Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> USANEE ASSAVAPISALBOOL and ) <br> LOUISA SKIPPER, ) <br> ) <br> Defendants ) <br> ) | Case No. A05-101 Civil (JKS) |

**NOTICE OF DUPLICATE FILING**

COMES NOW defendant Louisa Skipper, by and through her attorneys, the Law Office of William G. Azar, P.C., and files a Notice of Duplicate Filing regarding Dockets 41 and 42. Please disregard Docket 41 and replace with Docket 42 as the Exhibit to Docket 41 is improperly numbered.

DATED at Anchorage, Alaska this 1st day of May 2006.

By: /s/ Frank J. Schlehofer
Frank J. Schlehofer
William G. Azar, P.C.
800 E. Dimond, Suite 3-440
Anchorage, Alaska  99515
Phone:  907-344-3434
Fax:  907-349-1687
Email: fjschlehofer@yahoo.com
Alaska Bar No. 9011111

**CERTIFICATE OF SERVICE**
I hereby certify that on this 1st day of May, 2006, a true and correct copy of the foregoing was served electronically on:

Mark A. Sandberg, Esq
msandberg@aol.com


_/s/   Traci L. Mosholder___
Traci L. Mosholder

DEFENDANT SKIPPER'S NOTICE OF DUPLICATE FILING
Scottsdale Insurance v. Assavapisalbool, et al., Case No. A05-101 CI (JKS)
Page 2 of 2