Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:   907-276-3528
Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USANEE ASSAVAPISALBOOL AND ) <br> LOUISA SKIPPER, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. A05-101 Civil (TMB) |

STIPULATION FOR EXTENSION OF TIME

COME NOW the parties, through their counsel, and hereby stipulate and agree that

plaintiff shall have until May 25th, 2006 in which to oppose defendant Louisa Skipper's Motion

to Have Trial Held in Barrow, Alaska; or, in the Alternative, Nome, Alaska.

1


DATED this 10th day of May, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

DATED this 10th day of May, 2006, in Anchorage, Alaska.

/ Frank J. Schlehofer (consent given)
Law Office of William Azar
800 E Dimond Bvld., Ste. 3-440
Anchorage, Alaska 99515
Phone: (907) 344-3434
Fax: (907) 349-1687
E-Mail: fjschlehofer@yahoo.com
ABA: 9011111

CERTIFICATE OF SERVICE

I hereby certify that on this 10th
day of May 2006 a copy of the
foregoing Stipulation
was served electronically and
by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515


s/Mark A. Sandberg

Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:    907-276-3528
Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff,                   )<br>)<br>v.                                        )<br>)<br>USANEE ASSAVAPISALBOOL AND )<br>LOUISA SKIPPER,                )<br>)<br>Defendants.              )<br>)<br>_____) | Case No. A05-101 Civil (TMB) |

**<u>ORDER</u>**

IT IS SO ORDERED, that plaintiff shall have until May 25th, 2006 in which to file their Opposition to defendant Louisa Skipper's Motion to Have Trial Held in Barrow, Alaska; or, in the Alternative, Nome, Alaska.

DATED this _____ day of May, 2006, in Anchorage, Alaska.

_____
Timothy M. Burgess

CERTIFICATE OF SERVICE

I hereby certify that on this ____
day of May 2006 a copy of the
foregoing Stipulation
was served electronically and
by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515

Mark S. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

_____