Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:    907-276-3528
Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>USANEE ASSAVAPISALBOOL AND )<br>LOUISA SKIPPER, )<br><br>Defendants. )<br><br>_____ ) | Case No. A05-101 Civil (TMB) |

**<u>JOINT STATUS REPORT</u>**

A.    <u>Nature of Case.</u>

1.    Lead attorneys are Mark Sandberg for Scottsdale and Frank Schlehofer for

Skipper. Blake Call has entered a limited appearance for defendant

Assavapisalbool.

2.    Diversity of citizenship is the basis for jurisdiction.

1

3.  Scottsdale seeks declaratory relief regarding the duty to defend and/or indemnify Amornrit and Assavapisalbool under the automobile liability insurance policy. Skipper, the plaintiff in a state court tort lawsuit against Amornrit and Assavapisalbool, has counter-claimed for uninsured (UM) or underinsured (UIM) motorist benefits and first party bad faith.

4.  Amornrit could not be located and has not been served. Assavapisalbool was served and default has entered against her.

5.  The principal legal issues are:

    a)  Does Scottsdale owe a duty to defend or indemnify Amornrit or Assavapisalbool against Skipper's state court tort lawsuit, and

    b)  Does Scottsdale owe Skipper UM or UIM benefits; and

    c)  Has Scottsdale committed first party bad faith?

6.  The principal factual issues are:

    a)  Does Skipper's claim against Amornrit and Assavapisalbool arise out of use of the auto or was the auto merely the situs for an assault?

    b)  Does Skipper's claim against Amornrit and Assavapisalbool arise out or actions that were expected or intended?

    c)  Has Scottsdale engaged in bad faith handling of Skipper's UM or UIM claim?

B.  <u>Discovery</u>

    1.  Initial Disclosures have been exchanged and supplemented. Assavapisalbool has been deposed.

2.  A motion to compel further deposition of Assavapisalbool has been filed and

is pending.

3.  The only substantive ruling to date is the default of Assavapisalbool.

4.  No prior status reports have been filed.

C.    Trial

A jury has been requested by Skipper, who has also filed a motion to move the

trial from Anchorage. Trial is expected to last approximately one week.

D.    Settlement

The parties are discussing settlement. They do not request a settlement

conference.

DATED this 22nd day of May, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

DATED this 22nd day of May, 2006, in Anchorage, Alaska.

/ Frank J. Schlehofer (consent given)
Law Office of William Azar
800 E Dimond Bvld., Ste. 3-440
Anchorage, Alaska 99515
Phone: (907) 344-3434
Fax: (907) 349-1687
E-Mail: fjschlehofer@yahoo.com
ABA: 9011111

3

CERTIFICATE OF SERVICE

I hereby certify that on this 10th
day of May 2006 a copy of the
foregoing Stipulation
was served electronically and
by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515


s/Mark A. Sandberg

5