IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO.,<br><br>      Plaintiff,<br><br>  vs.<br><br>USANEE ASSAVAPISALBOOL &<br>LOUISA SKIPPER,<br><br>      Defendants. | Case No. 3:05-cv-101   TMB<br><br><br>O R D E R |

    This matter was filed by Plaintiff Scottsdale Insurance Company on May 12, 2005, seeking declaratory relief under 28 U.S.C. §2201.  Docket 1.  Plaintiff alleged jurisdiction of this Court pursuant to diversity of the parties and an amount in controversy exceeding $75,000.  Id.   There is a related state court case filed in Barrow Superior Court, case number 2BA-05-23 CI.

    It is hereby ordered that a Status Conference shall take place before the undersigned on **Thursday, June 22, 2006, at 2:00 p.m.**  The parties shall be prepared to advise the Court on the status of the State court case, as well as advise this Court on their positions regarding a stay of this declaratory judgment action pending the factual determinations in the underlying State court case.

    Dated at Anchorage, Alaska, this 12th day of June, 2006.

                                              s/ Timothy Burgess
                                              Timothy M. Burgess
                                              United States District Judge