Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USANEE ASSAVAPISALBOOL AND ) <br> LOUISA SKIPPER, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 3:05-cv-101-TMB |

### NOTICE OF SETTLEMENT

Plaintiff Scottsdale Insurance Company, hereby files this Notice to inform the Court that this case settled, in its entirety, yesterday following mediation before retired Judge James Hanson. Dismissal papers will be filed post haste, with each side bearing its own costs and fees. In light of the settlement, Judge Burgess may not require plaintiff's

NOTICE OF SETTLEMENT
Page 1
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB

and defendant's counsel's presence at the Thursday, June 22nd, 2006, Status Hearing scheduled to begin at 2:00 P.M.

DATED this 21st day of June, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2006 a copy of the foregoing Notice of Settlement was served electronically and by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515

s/Mark A. Sandberg

NOTICE OF SETTLEMENT
Page 2
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB