Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) USANEE ASSAVAPISALBOOL and ) LOUISA SKIPPER, ) ) ) Defendants. ) _____ ) | Case No. A05-101 Civil (JKS) **STIPULATED EXPEDITED MOTION TO VACATE STATUS CONFERENCE DUE TO SETTLEMENT** |

COME NOW counsel for defendant Louisa Skipper, by and through her attorneys, the Law Office of William G. Azar, P.C., and Sandburg, Wuestenfeld & Corey, counsel for plaintiff Scottsdale Insurance Company, and informs the Court of the status in this case as follows: This case was settled on June 21, 2006 via mediation with Judge Hanson. The underlying tort

action (Case No. 2BA-05-23 CI) has also settled. A case status conference is scheduled for June 22, 2006 at 2:00 p.m. The parties certify that this case (as well as the underlying tort action) is settled. The parties request that the June 22, 2006 status conference be vacated.[1]

DATED this 21st day of June 2006.

LAW OFFICE OF WILLIAM G. AZAR, PC
Attorneys for Defendant

By: _/s/_ Frank J. Schlehofer
Frank J. Schlehofer
Alaska Bar No. 9011111
William G. Azar, P.C.
800 E. Dimond, Suite 3-440
Anchorage, Alaska 99515
Phone: 907-344-3434
Facsimile: 907-349-1687
fjschlehofer@yahoo.com

SANDBURG, WUESTENFELD & COREY
Attorneys for Plaintiff

By: _/s/_ Michael D. Corey
Michael D. Corey
Alaska Bar No. 8511130
Sandburg Wuestenfeld & Corey
701 W. 8th Avenue, Ste. 1100
Anchorage, Alaska 99515
Phone: 907-276-6363
Facsimile: 907-276-3528

---

[1] Counsel for Skipper spoke to staff at Sandburg, Wuestenfeld & Corey and was informed that attorney Michael Corey consented to this stipulation.

**CERTIFICATE OF SERVICE**
I hereby certify that on this 21st day of June, 2006, a true and correct copy of the foregoing was served electronically on:

Mark A. Sandberg, Esq.
msandberg@aol.com

Blake Call, Esq.
bhc@chklaw.net


_/s/  Traci L. Mosholder___
Traci L. Mosholder

STIPULATED EXPEDITED MOTION TO VACATE STATUS CONFERENCE
*Scottsdale Insurance vs. Assavapisalbool, et al.*,
Case No. A05-101 Civil (JKS)
Page 3 of 3