Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:    (907) 344-3434
Fax:    (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff,       )<br>)<br>vs.                      )<br>)<br>USANEE ASSAVAPISALBOOL and    )<br>LOUISA SKIPPER,                )<br>)<br>Defendants    )<br>_____ ) | Case No. A05-101 Civil (JKS) |

**PROPOSED ORDER**

THIS COURT having considered the parties' Stipulated Expedited Motion to Vacate Status Conference Due to Settlement,

**IT IS HEREBY ORDERED** that the status conference scheduled for June 22, 2006 at 2:00 p.m. is hereby **VACATED**.

DATED this _____ day of June, 2006.

```
                               _____
                               Timothy Burgess,
                               US District Court Judge
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2006, a true and correct copy of the foregoing was served electronically upon:

Mark A. Sandberg, Esq.
msandberg@aol.com

Blake Call, Esq.
bhc@chklaw.net


/s/ Traci L. Mosholder
Traci L. Mosholder