Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel: (907) 344-3434
Fax: (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) )             Plaintiff, ) )     vs. ) ) USANEE ASSAVAPISALBOOL and ) LOUISA SKIPPER, ) ) )            Defendants. ) _____) | Case No. A05-101 Civil (JKS)  **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their counsel of record, that all claims in the above-entitled action, be dismissed with prejudice and without costs or attorney fees to any parties, for the reason that the issues presented have been fully resolved among the parties via settlement.  Defendant Usanee Assavapisalbool was previously defaulted in this matter for failure to enter an appearance.

    This stipulation for dismissal is in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure providing

that an action may be dismissed without order of the Court by filing a Stipulation for Dismissal signed by all parties whom have entered an appearance.

                                        LAW OFFICE OF WILLIAM G. AZAR, PC
                                        Attorneys for Defendant Skipper

Dated: July 13, 2006        By: /s/ Frank J. Schlehofer
                                        Frank J. Schlehofer
                                        Alaska Bar No. 9011111
                                        William G. Azar, P.C.
                                        800 E. Dimond, Suite 3-440
                                        Anchorage, Alaska 99515
                                        Phone: 907-344-3434
                                        Facsimile: 907-349-1687
                                        fjschlehofer@yahoo.com

                                        SANDBERG, WUESTENFELD & COREY
                                        Attorneys for Plaintiff

Dated: July 13, 2006        By: /s/Mark A. Sandberg
                                        Alaska Bar No. 7510084
                                        Sandberg Wuestenfeld & Corey
                                        701 W. 8th Avenue, Ste. 1100
                                        Anchorage, Alaska 99515
                                        Phone: 907-276-6363
                                        Facsimile: 907-276-3528