Frank J. Schlehofer
LAW OFFICE OF WILLIAM G. AZAR, P.C.
800 E. Dimond Blvd. Suite 3-440
Anchorage, Alaska 99515
Tel:      (907) 344-3434
Fax:      (907) 349-1687
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>            Plaintiff,   )<br>)<br>  vs.                         )<br>)<br>USANEE ASSAVAPISALBOOL and   )<br>LOUISA SKIPPER,             )<br>)<br>            Defendants  )<br>_____) | Case No. A05-101 Civil (JKS) |

**PROPOSED ORDER**

      THIS COURT having considered the parties' Stipulation for Dismissal with Prejudice,

    **IT IS SO ORDERED**.  The above entitled action is dismissed with prejudice.

Date: _____                 _____
                                                     Hon. Timothy Burgess,
                                                     U.S. District Court Judge